**2002–1977.   Bankers Trust Co. of California, N.A. v. Long.**
Stark App. No. 2002CA00023, 2002-Ohio-5299. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *01/17/2003 Case Announcements,* 2003-Ohio-165.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 17, 2003*

## DISCIPLINARY CASES

**1994–1810.   Disciplinary Counsel v. Phillips.**
IT IS ORDERED by this court, sua sponte, that Thomas Ewing Phillips, Attorney Registration No. 0008582, last known business address in Chillicothe, Ohio, be found in contempt for failure to comply with this court's orders, to wit, failure to pay board costs in the amount of $1,018.04 on or before July 29, 1997, failure to pay publication costs in the amount of $135.24 on or before October 12, 1995, failure to pay publication costs in the amount of $71.66 on or before June 3, 1997, and failure to pay publication costs in the amount of $64.35 on or before January 28, 1998.

**1997–0871.   Dayton Bar Assn. v. Shaman.**
IT IS ORDERED by this court, sua sponte, that Theodore R. Shaman Jr., Attorney Registration No. 0022633, last known business address in Dayton, Ohio, be found in contempt for failure to comply with this court's order of November 5, 1997, to wit, failure to pay board costs in the amount of $721.25 on or before February 3, 1998.

**1997–1249.   In re Wolfrom.**
IT IS ORDERED by this court, sua sponte, that Carl T. Wolfrom, Attorney Registration No. 0019564, last known business address in Columbus, Ohio, be found in contempt for failure to comply with this court's order of July 11, 1997, to wit, failure to pay publication costs in the amount of $439.65 on or before July 8, 1999.

**1998–1599.   In re Lavin.**
IT IS ORDERED by this court, sua sponte, that William J. Lavin, Attorney Registration No. 0017095, last known business address in Lyndhurst, Ohio, be found in contempt for failure to comply with this court's order of September 24, 1998, to wit, failure to pay publication costs in the amount of $463.01 on or before July 17, 2000.